IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BURL LEE WOODS,

    Petitioner,

v.

MARION COUNTY PAROLE AND PROBATION,

    Respondent.

Case No. 6:19-cv-00616-YY

ORDER

YOU, Magistrate Judge.

The Court GRANTS petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (ECF No. 7) and orders this action DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this __12th__ day of August, 2019.

                                                /s/ Youlee Yim You
                                              Youlee Yim You
                                              United States Magistrate Judge

1 - ORDER